Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
Bpraet@aol.com

Attorneys for Defendants

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RUBIN, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF WESTMINSTER, a municipal entity, SERGEANT TIMOTHY VU, OFFICER RACHEL LUMBA, OFFICER KYLE SEASOCK, OFFICER JASON STOUFFER, OFFICER RYAN REYES, OFFICER JOHN PHAN and DOES 7 through 10, inclusive,<br><br>    Defendants.<br>_____ | CASE NO. SACV 09-122 CJC (ANx)<br><br>[~~PROPOSED~~] **JUDGMENT ON JURY VERDICT** |

TO: CLERK OF THE COURT:

The above matter having come before the Court for a trial by jury on October 26, 2010, and the jury having rendered its unanimous verdict in favor of the Defendants on November 5, 2010,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, City of Westminster, Sergeant Timothy Vu, Officer Rachel Lumba, Officer Kyle Seasock, Officer Jason Stouffer, Officer Ryan Reyes and Officer John Phan, and against Plaintiff, Sonny Rubin.

1

1       Plaintiff shall take nothing by his Complaint and Defendants shall recover
2 costs of suit against Plaintiff, Sonny Rubin.
3 Dated: November 15, 2010

_____
Cormac J. Carney, Judge
United States District Court